UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　　　**CRIMINAL ACTION NO. 3:10CR-140-TBR**

**DANIEL R. BARKER**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### MEMORANDUM AND ORDER

Defendant Daniel R. Barker filed a *pro se* letter asking for jail credit to be applied "to my sentence from 11-24-10 up to present" (DN 43). Defendant states, "I have exhausted all other remedies at my disposal and hope that you are able to remedy this situation."

Under 18 U.S.C. § 3585(b), "[a] district court may review the BOP's [Bureau of Prisoner's] calculation, but may not compute sentencing credit in the first instance, for it is the Attorney General [through the BOP], not the court, who has the authority to calculate sentence credits for time served before sentencing." *United States v. Singh*, 52 F. App'x 711, 712 (6th Cir. 2002) (citing *United States v. Wilson*, 503 U.S. 329, 333 (1992)). Because the Court is without jurisdiction to order jail credit, **IT IS ORDERED** that Defendant's request for such relief (DN 43) is **DENIED**.

A prisoner, however, "may seek judicial review of the computation of this credit under 28 U.S.C. § 2241 . . . after he has sought administrative review and has exhausted all of his administrative remedies" through the BOP. *United States v. Dowell*, 16 F. App'x 415, 420 (6th Cir. 2001); *see Woody v. Marberry*, 178 F. App'x 468, 471 (6th Cir. 2006) ("Under § 2241, . . . a court can grant relief when sentencing credits are miscalculated."); *United States v. Chase*, 104 F. App'x 561, 562 (6th Cir. 2004) ("Only after a prisoner has exhausted his remedies through the

Bureau of Prisons, see 28 C.F.R. §§ 542.10-.16, may the prisoner then seek judicial review pursuant to 28 U.S.C. § 2241."). Because Defendant indicates that he has "exhausted all other remedies," the Court **construes** Defendant's letter as a § 2241 petition for writ of habeas corpus.

Accordingly, **IT IS ORDERED** that the **Clerk of Court SHALL OPEN a separate civil action and DOCKET therein Defendant's letter seeking jail credit (DN 43) and the attachments thereto as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241**.

The **Clerk of Court is DIRECTED to send** Defendant a copy of the docket sheet in the newly opened civil action.

Date:

cc:     Defendant, *pro se*
        U.S. Attorney
4413.005